IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED
(Declaración en apoyo de la moción para proceder

IN FORMA PAUPERIS
(en forma de pobre)

_Ezequiel Diaz Vicente_
Petitioner
(Peticionario)

20-cv-1123(FAB)

v.

Defendant
(Demandado)
_El Pueblo de Puerto Rico_

    I, _Ezequiel Diaz Vicente_, petitioner in the above captioned case, in support of my motion to proceed without being required to prepay fees or costs or furnish any guarantee for the same, declare that, because of my economic situation, I am unable to pay the costs of said proceedings or furnish any guarantee for the same, and I believe that my claim is meritorious.

    (Yo, _Ezequiel Diaz Vicente_, peticionario en el caso de epígrafe, en apoyo de mi moción para proceder sin que se me requiera pagar por adelantado los honorarios o costas o prestar alguna garantía para los mismos, declaro que, por razón de mi situación económica, estoy imposibilitado de pagar los costos de dichos procedimientos o de prestar garantía alguna para los mismos y creo que mi reclamación es meritoria.)

    I declare that the answers that I have given as follows are true.

    (Declaro que las respuestas que doy a continuación son ciertas.)

1. Petitioner's age:     40
   (Edad del peticionario)

2. Social Security Number:
   (Número de Seguro Social)

3. Residential address:     Calle 5-litza Nazario #8
   (Dirección residencial)     Villa Hugo 2 San Isidro

- AL DORSO -

Canóvanas, PR 00729

Page -2-

4. Mailing address:    So Carretera #5 unidad 501-
   (Dirección postal)    1-C Industrial Luchetti

5. Telephone number:    Bayamon, PR 00961-7403
   (Número de teléfono)

6. Are you married?    Yes ____    No _X_
   (¿Está usted casado?)    Sí ____    No ____

7. Name of spouse: _____
   (Nombre del cónyuge)

   State/Country of spouse's domicile  No.
   (Estado/País domicilio del cónyuge)

8. Petitioner's employment:    Spouse's Employment
   (Empleo del peticionario)    (Empleo del cónyuge)

   Employer:    Employer:
   (Patrono)    (Patrono)

   _____No_____    _____no_____

   Address:    Address:
   (Dirección)    (Dirección)

   _____no_____    _____no_____

   Telephone: _____    Telephone: _____
   (Teléfono)    (Teléfono)

   Position: _____    Position: _____
   (Puesto)    (Puesto)

   Wages: $ no    Wages: $ no
   (Salario)    (Salario)

   ____ Monthly (mensual)    ____ Monthly (mensual)
   ____ Weekly (semanal)    ____ Weekly (semanal)

- AL DORSO -

Page -3-

9. If you are currently unemployed, state the date of your last employment and the monthly salary you are making.
(Si se encuentra actualmente desempleado, indique la fecha de su último empleo y el sueldo mensual que devengaba.

29/11/2013            $ 2,000

10. If your spouse is unemployed, state the date of last employment and the monthly salary.
(Si su cónyuge está desempleado, indique la fecha de su último empleo y el sueldo mensual.)

           no              $  no

11. Have you or your spouse received any income from the following sources during the past twelve (12) months?
(¿Han recibido usted o su cónyuge ingresos durante los últimos doce meses de las siguientes fuentes?)

If the answer is yes, state the amount.
(Si la contestación es si, indique la cantidad.)

a. Business, profession or self-employment:
(Negocio, profesión o trabajo por su cuenta)

Yes  no    No  X    Amount : $  no
Si          No         Cantidad

b. Pension, annuity or life insurance payments?
(Pago de pensiones, anualidades o seguro de vida)

Yes ____   No  X    Amount : $  no
Si          No         Cantidad

c. Inheritances, donations or gifts?
(Herencias, donaciones o regalos)

Yes ____   No  X    Amount : $  no
Si          No         Cantidad

d. Prizes in casino, lottery, horseracing games or other games of chance, etc.
(Premios en juegos de casino, lotería, carreras de caballo u otros juegos de azar, etc.)

Yes ____   No  X    Amount : $  no
Si          No         Cantidad

- AL DORSO -

Page -4-

12. Other persons living in the same household:
    (Otras personas que residen bajo el mismo techo)

    | Name | Age | Relationship | Employment | Wages |
    |------|-----|--------------|------------|-------|
    | (Nombre) | (Edad) | (Parentesco) | (Empleo) | (Salario) |
    | | | | | $ no |
    | no | | | | |

13. Do you or your spouse or any person living in the same household receive help from the government or from any other person?
    (¿Usted o su cónyuge o alguna persona que vive bajo su mismo techo recibe ayuda gubernamental o de otra persona?

    Petitioner:                     Yes    No    Amount
    (Peticionario)                  (Si)   (No)  (Cantidad)

    1. State Insurance              ___    no    $ ___
       (Fondo del Seguro)
    2. Unemployment                 ___    ___   $ ___
       (Desempleo)
    3. Retirement                   ___    ___   $ ___
       (Retiro)
    4. Pension                      ___    ___   $ ___
       (Pensión)
    5. Social Security              ___    ___   $ ___
       (Seguro Social)
    6. Food stamps                  ___    ___   $ ___
       (Cupones)
    7. Other type of aid            ___    no    $ no
       (Otro tipo de ayuda)

    Spouse:
    (Cónyuge)

    1. State Insurance              ___    ___   $ ___
       (Fondo del Seguro)
    2. Unemployment                 ___    ___   $ ___
       (Desempleo)
    3. Retirement                   ___    ___   $ ___
       (Retiro)
    4. Pension                      ___    ___   $ ___
       (Pensión)
    5. Social Security              ___    ___   $ ___
       (Seguro Social)
    6. Food stamps                  ___    ___   $ ___
       (Cupones)
    7. Other type of aid            ___    no    $ no
       (Otro tipo de ayuda)

- AL DORSO -

Page -5-

Persons living in the same household:
(Personas que viven bajo su mismo techo)

1. State Insurance      ____   /    $ ____
   (Fondo del Seguro)
2. Unemployment         ____   /    $ _no_
   (Desempleo)
                        Yes    No    Amount
                        (Si)   (No)  (Cantidad)

3. Retirement           ____   ____  $ ____
   (Retiro)
4. Pension              ____   ____  $ ____
   (Pensión)
5. Social Security      ____   ____  $ ____
   (Seguro Social)
6. Food stamps          ____   ____  $ ____
   (Cupones)
7. Other type of aid    ____   _no_  $ _no_
   (Otro tipo de ayuda)

14. Dependents (If they have another address, state so)
    (Dependientes: si la dirección es distinta de la suya, hágalo constar).

    Name       Age     Relationship   Amount provided to support each one
    (Nombre)   (Edad)  (Parentesco)   (Cantidad aportada para su sustento)

    _____
    _____
    _____
    _____
    _____ _no_ _____

15. Do you own the place where you live?   Yes ____   No _X_
    (¿Es propietario del lugar donde reside?) (Si)    (No)

    If you are the owner, state:
    (Si es propietario, indique:)

    Estimated value of the house       $ _no_
    (Valor estimado de la casa)

    Capacity of the plot of land or farm   _no_
    (Cabida del solar o finca)

                    - AL DORSO -

Page -6-

Estimated value of the plot of land          **no**
(Valor estimado del solar o finca)

16. If you are not the owner of the place of residence, state:
    (Si no es propietario del lugar de residencia, indique:)

    Name of the owner of the residence: _____
    (Nombre del propietario de la casa)

    Name of the owner of the plot of land: _____
    (Nombre del propietario del solar)

    Lease payment                             $ **no**
    (Cánon de arrendamiento)

17. State if you own any other real estate property.
    (Indique si posee otros bienes inmuebles.)

    | Place (Localización) | Description (Descripción) | Estimated value (Valor estimado) |
    |---|---|---|
    |  |  | $ |
    |  |  | $ |
    |  | no | $ no |

18. State if you own any property such as jewelry, stocks, bonds, notes, automobiles or any other valuable property. Exclude ordinary household furniture and clothing.
    (Indique si posee bienes tales como joyas, acciones, bonos, pagarés, automóviles o alguna otra propiedad de valor. Excluya mobiliario corriente y ropa.)

    | Description (Descripción) | Estimated value (Valor estimado) |
    |---|---|
    |  | $ |
    | no | $ no |

19. State if you possess any cash or any bank account.
    (Indique si tiene dinero en efectivo o alguna cuenta de banco.)

    Cash                                      $ **no**
    (Dinero en efectivo)

    Checking account, Bank:   **no**
    (Cuenta corriente, Banco)

- AL DORSO -

Amount: $ _____
(Cantidad)

Savings account, Bank: _____
(Cuenta de ahorros, Banco)

Amount: $ no
(Cantidad)

20. List all your obligations or debts, including banks, loan companies, credit accounts, etc.
(Enumere todas sus obligaciones o deudas, incluyendo bancos, compañias de préstamos, cuentas de crédito, etc.)

| Creditor: (Acreedor) | Balance: (Balance) | Monthly payment: (Pago Mensual) |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| no | $ n | $ n |

21. List all your approximate monthly expenses.
(Enumere sus gastos mensuales aproximados.)

Food           $_____
(Alimentos)

Clothing       $_____
(Ropa)

Water          $_____
(Agua)

Electricity    $_____
(Luz)

Telephone      $_____
(Teléfono)

Transportation $_____
(Transportación)

Others         $ no
(Otros)

- AL DORSO -

Page -8-

22. Debts or obligations of your spouse that are not included in item number 20.
    (Deudas y obligaciones de su cónyuge que no están incluidas en el encasillado número 20.)

    | Creditor:<br>(Acreedor) | Balance:<br>(Balance) | Monthly payment:<br>(Pago Mensual) |
    |---|---|---|
    |  | $ | $ |
    | no | $ no | $ no |

I understand that any false statement or answer in this affidavit carries a penalty for perjury under the provisions of Title 18 USC, section 1621, and it can subject me to a a prision sentence up to a maximum of five (5) years or a fine of up to a maximum of $2,000.00, or both.

(Entiendo que cualquier afirmación o respuesta falsa en esta declaración conlleva pena de perjurio bajo las disposiciones del Título 18 Código de los Estados Unidos, sección 1621, y me puede exponer a una pena de prisión hasta un máximo de cinco (5) años o una multa hasta un máximo de $2,000.00 o ambas penas.)

_____
Petitioner's signature
(Firma del peticionario)

I declare under penalty of perjury that the foregoing is true and correct.
(Declaro bajo pena de perjurio que lo anterior es cierto y correcto.)

Signed this 12 of Febrero of 2020
(Firmado el    del mes de      de 2020

_____
Petitioner's signature
(Firma del peticionario)