```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO
```

EZEQUIEL DÍAZ-VICENTE,

    **Plaintiff**,

        v.                          **Civil No.** 20-1123 (FAB)

COMMONWEALTH OF PR,
LORAINE MARTÍNEZ-ADORNO,

    **Defendants**.

**JUDGMENT**

In accordance with the Order entered today (Docket No. 24), this case is **DISMISSED without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 3, 2020.

                                              s/ Francisco A. Besosa
                                              FRANCISCO A. BESOSA
                                              UNITED STATES DISTRICT JUDGE